US District Court, Office of the Clerk
801 West Superior Avenue
Cleveland, OH 44113-1830

7017 0190 0000 5228 2471

NIXIE      787  01 2017-1N    01

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

PRIORITY MAIL 2-DAY

US POSTAGE AND FEES PAID
PRIORITY MAIL
Jan 23 2018
Mailed from ZIP 44113
3 lb PM Zone 6
CommercialBasePrice

071M0113963G

C012  0026

endicia.com

RETURN RECEIPT REQUESTED

SHIP TO:
INFOWARS
100 CONGRESS AVE FL 22
AUSTIN TX 78701-4072

USPS CERTIFIED MAIL

9402 7102 0088 2642 0903 72

FILED
2018 FEB -5 PM 1:50
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INFOWARS
100 CONGRESS AVE 22ND FL
AUSTIN TX 78701

18cv116

9590 9402 2105 6132 5247 62

2. Article Number (Transfer from service label)

7016 1970 0000 5050 2971

PS Form 3811, July 2015 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt