IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY LEE JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF CLEVELAND, MICHAEL McGRATH, CALVIN WILLIAMS, TIMOTHY GAERTNER, WILLIAM STANTON, JAMES BELLOMY, DONALD TAYLOR, INFOWARS, LLC, ALEX JONES, JOSEPH BIGGS, JORDAN SALKIN, and JOHN DOES 1-6,<br><br>Defendants. | CASE NO.: 1:18-CV-00076<br><br>JUDGE: SOLOMON OLIVER, JR.<br><br><br><br>**MOTION OF DEFENDANT JOSEPH BIGGS TO DISMISS** |

Defendant Joseph Biggs, by counsel, respectfully moves this Court to dismiss the First Amended Complaint (ECF No. 2) (the "FAC") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying Memorandum in Support, which is incorporated herein by this reference, the FAC fails to state a claim against Defendant Joseph Biggs upon which relief can be granted.

Dated: May 14, 2018

Respectfully submitted,

/s/ Patrick T. Lewis
Patrick T. Lewis (0078314)
Email: plewis@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
216.621.0200 / Fax 216.696.0740

*Counsel for Defendants, Infowars, LLC, Alex Jones, and Joseph Biggs*

*Of Counsel:*

Mark I. Bailen (not admitted OH)
Email: mbailen@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036-5403
202.861.1715 / Fax 202.861.1783

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on May 14, 2018 using this Court's electronic filing system. Notice of this filing will be sent to all counsel via the Court's electronic system. Counsel can retrieve the filing using the Court's system.

/s/ *Patrick T. Lewis*
Patrick T. Lewis

108858.000004 4843-9578-7110