IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY LEE JOHNSON,<br><br>                Plaintiff,<br><br>vs.<br><br>THE CITY OF CLEVELAND, MICHAEL McGRATH, CALVIN WILLIAMS, TIMOTHY GAERTNER, WILLIAM STANTON, JAMES BELLOMY, DONALD TAYLOR, INFOWARS, LLC, ALEX JONES, JOSEPH BIGGS, JORDAN SALKIN, and JOHN DOES 1-6,<br><br>                Defendants. | CASE NO.: 1:18-CV-00076<br><br>JUDGE: SOLOMON OLIVER, JR.<br><br><br><br>**DEFENDANT INFOWARS, LLC'S<br>CORPORATE DISCLOSURE<br>STATEMENT** |

      Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

      In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Infowars, LLC

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    ____YES __✓_ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

N/A

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

_ _ _ _YES _ _ ✓ _ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

N/A

Dated: May 14, 2018

Respectfully submitted,

/s/ Patrick T. Lewis
Patrick T. Lewis (0078314)
Email:  plewis@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
216.621.0200 / Fax 216.696.0740

*Counsel for Defendants, Infowars, LLC, Alex Jones, and Joseph Biggs*

*Of Counsel:*

Mark I. Bailen (not admitted OH)
Email: mbailen@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC  20036-5403
202.861.1715 / Fax 202.861.1783

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on May 14, 2018 using this Court's electronic filing system. Notice of this filing will be sent to all counsel via the Court's electronic system. Counsel can retrieve the filing using the Court's system.

/s/ Patrick T. Lewis
Patrick T. Lewis

108858.000004 4842-5875-1590