```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

| | |
|---|---|
| GREGORY LEE JOHNSON,            ) | CASE NO. 1:18-CV-00076 |
|        Plaintiff,     ) | JUDGE SOLOMON OLIVER |
| vs.                             ) | |
|                        ) | **MOTION TO WITHDRAW** |
| THE CITY OF CLEVELAND, et al  ) | |
| (Defendant Jordan Salkin)       ) | |
|        Defendants.    ) | |

Now comes the undersigned, pursuant to *the Request of Leave of Christopher M. Corrigan to Substitute as Counsel for Defendant Jordan Sulkin* (the "Corrigan Notice"), and hereby respectfully moves this Court to permit the undersigned to withdraw from this matter.

As indicated by the Corrigan Notice, Defendant Jordan Sulkin now desires that attorney Christopher Corrigan represent him in this matter.

Accordingly, the undersigned so moves this Court.

Respectfully submitted;

LIPSON O'SHEA LEGAL GROUP

**/s/ Michael J. O'Shea**
Michael J. O'Shea, Esq. (0039330)
michael@lipsonoshea.com
Hoyt Block Building - Suite 110
700 West St. Clair Avenue
Cleveland, Ohio 44113
(216) 241-0011 - office
(440) 331-5401 - fax
**Attorney for Defendant**
**Jordan Salkin**

## PROOF OF SERVICE

I hereby certify that a true copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic record. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic system.

**/s/Michael J. O'Shea**
Michael J. O'Shea