**The Supreme Court of Ohio**

FILED

OCT 24 2018

CLERK OF COURT
SUPREME COURT OF OHIO

Rebecca Buddenberg

v.

Robert K. Weisdack, et al.

Case No. 2018-1209

E N T R Y

This cause is here on the certification of a state law question from the United States District Court for the Northern District of Ohio, Eastern Division.  Upon review pursuant to S.Ct.Prac.R. 9.05, the court will answer the following questions:

"Does O.R.C. Sec. 2307.60 creation of a civil cause of action for injuries based on a 'criminal act' require an underlying criminal conviction?"

"Is a criminal conviction a condition precedent to a civil claim pursuant to O.R.C. Sec. 2921.03?"

It is ordered by the court that the petitioners shall file their merit brief within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 — 16.04, and S.Ct.Prac.R. 9.07.

(U.S. District Court for the Northern District of Ohio, Eastern Division; No. 1:18-CV-00522)

Maureen O'Connor
Chief Justice

**The Official Case Announcement can be found at http://www.supremecourt.ohio.gov/ROD/docs/**