IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| GREGORY LEE JOHNSON<br>*Plaintiff,*<br>v.<br>THE CITY OF CLEVELAND, *ET AL.,*<br>*Defendants.* | Case No.  1:18-cv-00076<br><br>Judge Solomon Oliver, Jr.<br><br>Magistrate Judge Jonathan D. Greenberg |
| **PLAINTIFF JOHNSON'S UNOPPOSED MOTION TO CONTINUE RULE 26(F) REPORT AND CASE-MANAGEMENT-CONFERENCE DATES** | |

Plaintiff Johnson respectfully moves that the Court continue by at least 30 days the Fed. R. Civ. P. 26(f) report and case-management-conference dates, to accommodate counsel's travel and professional schedules and afford the parties additional time to discuss and resolve the issues that remain. Counsel have conferred and this motion is unopposed.

Respectfully submitted,

THE CHANDRA LAW FIRM LLC

*/s/ Subodh Chandra*
Subodh Chandra (Ohio Bar No. 0069233)
The Chandra Law Building
1265 West 6th Street, Suite 400
Cleveland, Ohio 44113
Phone: (216) 578-1700
Fax: (216) 578-1800
Subodh.Chandra@ChandraLaw.com

*Attorneys for Plaintiff Gregory Lee Johnson*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

This case has not been assigned to a Track and the undersigned certifies that this Memorandum adheres to the page limitations set forth in N.D. Ohio R. 7.1(f).

*/s/ Subodh Chandra*
*One of the attorneys for Plaintiff Gregory Lee Johnson*

## CERTIFICATE OF SERVICE

  I certify that this document was filed using the Court's ECF system, which will send notification to all counsel of record.

               */s/ Subodh Chandra*
               *One of the attorneys for Plaintiff Gregory Lee Johnson*