# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| GREGORY LEE JOHNSON<br>*Plaintiff,*<br>v.<br>THE CITY OF CLEVELAND, *ET AL.,*<br>*Defendants.* | Case No. 1:18-cv-00076<br><br>Judge Solomon Oliver, Jr.<br><br>Magistrate Judge Jonathan D. Greenberg |
| **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** | |

The matter having been resolved to the parties' satisfaction, Plaintiff Gregory Lee Johnson ("Plaintiff") and Defendants City of Cleveland, Michael McGrath, Calvin Williams, Timothy Gaettner, William Stanton, James Bellomy, Donald Taylor, and the John Doe Defendants (together "the City of Cleveland Defendants"), respectfully stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the Court dismiss this action with prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

| THE CHANDRA LAW FIRM LLC | ROETZEL & ANDRESS, LPA |
|---|---|
| /s/ *Subodh Chandra*<br>Subodh Chandra (Ohio Bar No. 0069233)<br>Donald P. Screen (Ohio Bar No. 0044070)<br>Patrick Haney (Ohio Bar No. 0092333)<br>Brian Bardwell (Ohio Bar No. 0098423)<br>The Chandra Law Building<br>1265 West 6th Street, Suite 400<br>Cleveland, Ohio 44113<br>Phone: 216.578.1700<br>Fax: 216.578.1800<br>Subodh.Chandra@ChandraLaw.com<br>Donald.Screen@ChandraLaw.com<br>Patrick.Haney@ChandraLaw.com<br>Brian.Bardwell@ChandraLaw.com<br><br>*Attorneys for Plaintiff Gregory Lee Johnson* | /s/ *Stephen W. Funk*<br>Stephen W. Funk (Ohio Bar No. 0058506)<br>ROETZEL & ANDRESS, LPA<br>222 South Main St., Suite 400<br>Akron, OH 44308<br>330.376.2700 Phone<br>330.376.4577 Fax<br>sfunk@ralaw.com<br>*Attorney for City of Cleveland Defendants*<br><br>**IT IS SO ORDERED.**<br>/s/ Solomon Oliver, Jr.<br>United States District Judge<br>7/8/2019 |